JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVED ASEFI,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Case No.  8:20-CV-02228-JLS<br>Case No.  8:16-CR-00113-JLS<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

　　The Clerk shall close the case.

　　Dated: October 6, 2022

_____
The Hon. Josephine L. Staton
United States District Judge